A. J. MERRILL v. STATE.

No. A—760. Opinion Filed December 17, 1910.

PER CURIAM. Appellant was convicted of manslaughter in the first degree in the district court of Okmulgee county and his punishment was assessed at five years' imprisonment in the penitentiary. Defendant appealed to this court. Since his appeal has been perfected, defendant's counsel has filed a motion in this court praying that this appeal may be dismissed. This motion is sustained and the appeal is dismissed.